UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 17 2021

/s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 1:21-CR-29 |
| ) | |
| v. ) | |
| ) | |
| FREDERICK FRANK and ) | |
| MASON MONTGOMERY, ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

Beginning in or about September 2020, up to and including January 6, 2021, in Harrisburg, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**FREDERICK FRANK and
MASON MONTGOMERY**

did intentionally and knowingly unlawfully combine, conspire, confederate and agree with each other, and with persons known and unknown to the grand jury, to distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, its salts, isomers, and salts of its isomers, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO

On November 9, 2020, within the Middle District of Pennsylvania, the defendant,

**FREDERICK FRANK,**

did intentionally and knowingly unlawfully possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## THE GRAND JURY FURTHER CHARGES

## COUNT THREE

On or about November 9, 2020, in Harrisburg, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

## FREDERICK FRANK,

did intentionally and knowingly possess a firearm and firearms in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States as described in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**THE GRAND JURY FURTHER CHARGES**

## COUNT FOUR

On or about November 9, 2020, in Harrisburg, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**FREDERICK FRANK,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is:

- one Diamondback AR-15 rife bearing S/N: DB1923236;
- one Charles Daly 20-gauge shotgun bearing S/N: 332330;
- one Anderson AR-15 rifle bearing S/N: 15261427;
- one Radical Firearms bearing S/N: EPG16V2
- one Brycco Model 48 .380 pistol bearing S/N: 870442,

said firearms having been shipped and transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

4

**THE GRAND JURY FURTHER CHARGES:**

## COUNT FIVE

On or about November 17, 2020, within the Middle District of Pennsylvania, the defendant,

**MASON MONTGOMERY,**

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT SIX

On or about December 3, 2020, within the Middle District of Pennsylvania, the defendant,

**MASON MONTGOMERY,**

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## THE GRAND JURY FURTHER CHARGES:

## COUNT SEVEN

On or about December 9, 2020, within the Middle District of Pennsylvania, the defendant,

## MASON MONTGOMERY,

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT EIGHT

On or about January 6, 2021, within the Middle District of Pennsylvania, the defendant,

**MASON MONTGOMERY,**

did intentionally and knowingly unlawfully possess with the intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 21, United States Code, Section 841 or Title 18, United States Code, Sections 924(c) or 922(g), the defendant,

## FREDERICK FRANK,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses and any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

- Diamondback AR-15 rife bearing S/N: DB1923236;

- Charles Daly 20-gauge shotgun bearing S/N: 332330;

- Anderson AR-15 rifle bearing S/N: 15261427;

- Radical Firearms AR-15 rifle bearing S/N: EPG16V2

- Brycco Model 48 .380 pistol bearing S/N: 870442

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

FOREPERSON:

Date: 02/17/2021

[signature redacted]

BRUCE D. BRANDLER
Acting United States Attorney

*Christian T. Haugsby* (signature)

CHRISTIAN T. HAUGSBY
ASSISTANT U.S. ATTORNEY